IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

D.K., MOTHER OF S.W., J.K., J.K.,
T.R.W., J.W., and K.W., CHILDREN,

      Appellant,

 v.

Case No. 5D23-0641
LT Case No. 2022-DP-000536

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Decision filed April 28, 2023

Appeal from the Circuit Court
for Brevard County,
Kelly J. McKibben, Judge.

David Maldonado, J.D., of Maldonado Law
Firm, P.A., Lakeland, for Appellant.

Kelley Schaeffer, of Children's Legal Services,
Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Stephanie E.
Novenario, Senior Attorney, of Guardian ad
Litem, Tallahassee, for Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

KILBANE, EISNAUGLE and EDWARDS, JJ., concur.